**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DR. PAGE CAROL WOODS and DR. NATHANIAL WOODS, JR., individually and o/b/o N.W., a minor, | No. 4:25-CV-01562 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| WILLIAMSPORT AREA SCHOOL DISTRICT, RICHARD CASCHERA, in his individual and official capacity, DR. JUSTIN ROSS, in his individual and official capacity, MR. MATTHEW FISHER, in his individual and official capacity, MS. ALICIA DIFFER, in her individual and official capacity, and JOHN/JANE DOES 1-5, | |
| Defendants. | |

**ORDER**

**MARCH 27, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss, Doc. 23, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.  Defendants' motion is granted without prejudice as to:

    a.  All Counts against Defendants Justin Ross, Matthew Fisher, Alicia Differ, and John/Jane Does 1-5.

    b.  Plaintiffs' Count I against the District.

    c.      Plaintiffs' Count II.

    d.      Plaintiffs' Count IV.

    e.      Plaintiffs' Count VI.

    f.      Plaintiffs' punitive damages claim.

2.      Defendants' motion is denied as to:

    a.      Plaintiffs' Count I against Caschera.

    b.      Plaintiffs' Count III.

    c.      Plaintiffs' Count V.

    d.      Plaintiffs' Count VII.

Plaintiffs are provided leave to amend, and may file a Second Amended Complaint, should they choose to do so, within twenty-one (21) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge