**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DR. PAGE CAROL WOODS and
DR. NATHANIAL WOODS, JR.,
individually and o/b/o N.W., a minor,

Plaintiffs,

v.

WILLIAMSPORT AREA SCHOOL
DISTRICT, *et al.*,

Defendants.

No. 4:25-CV-01562

(Chief Judge Brann)

# ORDER

**JULY 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' partial motion to dismiss pursuant to Rule 12(b)(6) is **GRANTED IN PART**. Counts II-VI are dismissed with prejudice in their entirety and Count I is dismissed with prejudice against the District.

The Defendants shall docket an answer to the second amended complaint within 14 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge